U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

APR 18  9 36 AM '01

CLERK
BY _____ LB _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

AMERICAN BOOKSELLERS FOUNDATION
FOR FREE EXPRESSION; AMERICAN CIVIL
LIBERTIES UNION OF VERMONT; ASSOCIATION
OF AMERICAN PUBLISHERS; FREEDOM TO READ
FOUNDATION; NATIONAL ASSOCIATION OF
RECORDING MERCHANDISERS; NORTHSHIRE
INFORMATION, INC.; PSINET INC.; RECORDING
INDUSTRY ASSOCIATION OF AMERICA, INC.;
THE SEXUAL HEALTH NETWORK, INC.,

Plaintiffs,

v.

HOWARD DEAN, in his official capacity as
GOVERNOR OF THE STATE OF VERMONT;
WILLIAM H. SORRELL, in his official
capacity as ATTORNEY GENERAL OF THE
STATE OF VERMONT; LAUREN BOWERMAN,
DAN M. DAVIS, KEITH W. FLYNN, DALE O. GRAY,
JAMES A. HUGHES, VINCENT ILLUZZI,
JAMES D. McKNIGHT, JAMES P. MONGEON,
JOEL W. PAGE, JOHN T. QUINN, GEORGE E. RICE,
ROBERT L. SAND, TERRY J. TRONO,
and WILLIAM D. WRIGHT, in their official capacities
as VERMONT STATE'S ATTORNEYS,

Defendants.

Civil No. 1:01-CV-46

*[Handwritten annotation in left margin, signed by J. Garvan Murtha, Chief Judge:]* DENIED without prejudice. The Vermont Legislature's recent amendments to § 2801(a) appear to effect the substance, enforcement, and objective of the statute. See 13 V.S.A. § 2802(a) as amended, June 2, 2001. Therefore, a ruling on the law as previously promulgated would serve no purpose. Dated at Brattleboro, Vermont this 5TH day of June, 2001.

## MOTION FOR PRELIMINARY OR PERMANENT INJUNCTION

Pursuant to Fed. R. Civ. Proc. 65, plaintiffs herein move for preliminary or permanent injunction against the enforcement of amendments to 13 V.S.A. 2802(a) which impose criminal penalties on the availability, display, and dissemination of constitutionally protected speech on the Internet. In support of

1

this motion, plaintiffs rely on the accompanying memorandum of law and declarations.

Pursuant to Local Rule 7.1(b), plaintiffs have sought the concurrence of opposing counsel, which was not provided.

Dated: 4/17/2001

Respectfully submitted,

Charles Platto
Nolan Burkhouse
Sarah Shelburne North
Law Offices of Charles Platto, PLC
P.O. Box 1111
8 Beaver Meadow Road
Norwich, Vermont 05055
(802) 649-8400

Michael A. Bamberger
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700

Attorneys for Plaintiffs

David Putter          for
Putter & Edson LLP
15 East State Street
Montpelier, Vermont 05602
(802) 229-0932

Markus Brakhan
P.O. Box 5851
44 Church Street, Suite 1
Burlington, Vermont 05402-0607
(802) 660-8210

Attorneys for the American Civil
Liberties Union of Vermont

2